IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00318-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

F. DYCUS,
MR. GILBERT,
MR. DOMENICO, and
MS. TRAUB,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
FEB 27 2007
GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

DATED at Denver, Colorado, on February 23, 2007

BY THE COURT:

s/ Walker D. Miller
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00318-WDM-MJW

Oloyea D. Wallin
Prisoner No. 111389
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

Judy Fuchs
Kit Carson Corr. Center
PO Box 309
Burlington, CO 80807
**SERVICE DOCUMENTS FOR: F. Dycus,
Mr. Gilbert, Mr. Domenico, and Ms. Traub**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Judy Fuchs for service of process on F. Dycus, Mr. Gilbert, Mr. Domenico, and Ms. Traub: COMPLAINT FILED 2/14/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/27/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk