IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00318-WDM-BNB

OLOYEA D. WALLIN,

    Plaintiff,

v.

MR. DYCUS, et al,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's Motion to Stay Proceedings Pending Appeal (Doc #8), filed March 7, 2007 is denied as moot.

Dated: December 10, 2007

                                              s/ Kathy Preuitt-Parks, Deputy Clerk